IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY A. ANDREOZZI

     Plaintiff,                     No. CIV S-02-0796 GEB CMK P

   vs.

GRAY DAVIS, et al.,

     Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On March 28, 2005 plaintiff filed a "Motion for Supplemental Evidence."[1] Plaintiff is advised that the court cannot serve as a repository for "supplemental evidence" which is not connected to any pleading. In the future, plaintiff is advised that he should only file evidence if he has attached it to a properly filed pleading and such evidence is relevant to the properly filed pleading.

///

///

---

[1] Plaintiff filed an identical motion on May 23, 2005, which was denied on January 12, 2005.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's March 28, 2005 motion
2  to add supplemental evidence (doc. 94) is denied.
3
4  DATED: March 6, 2006.
5
6  _____
   **CRAIG M. KELLISON**
7  UNITED STATES MAGISTRATE JUDGE