IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY A. ANDREOZZI,

        Plaintiff,                    2:02-cv-0796-GEB-CMK-P

    vs.

GRAY DAVIS, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 27, 2006 and March 1, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to both the February 27, 2006 and the March 1, 2006 findings and recommendations.

///

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 27, 2006 and March 1, 2006, are adopted in full;

2. Plaintiff's August 17, 2005 and September 7, 2005 motions for injunctive relief (doc. 101 and 102) are denied as moot

3. Defendants' January 27, 2006 motion to dismiss on the grounds that this action is moot is granted;

4. This action is dismissed.

Dated: April 17, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge