IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY A. ANDREOZZI,

       Plaintiff,                  No. CIV S-02-0796 GEB CMK P

    vs.

GRAY DAVIS, et al.,

       Defendants.

_____/        ORDER

        Plaintiff is a state prisoner proceeding without counsel in this civil rights action. On April 18, 2006, the court granted defendants' motion to dismiss this action on the grounds that this action is moot.  On April 21, 2006, plaintiff filed a second amended complaint.  On May 5, 2006, plaintiff filed a request for a certificate of appealability to appeal the April 18, 2006 order.

        As this case is closed, plaintiff's second amended complaint (doc. 119) shall be placed in the file and disregarded.  As this action is a 42 U.S.C. § 1983 action, plaintiff does not need a certificate of appealability prior to being able to appeal this decision.  Accordingly, his request for a certificate of appealability is denied as moot.

///

///

///

1        IT IS ORDERED THAT:

2        1.  The Clerk of the Court shall place plaintiff's April 21, 2006 second amended

3   complaint (doc. 119) in the file and it shall be disregarded; and

4        2.  Plaintiff's May 5, 2006 request for a certificate of appealability (doc. 122) is

5   denied as moot.

6

7   DATED:   May 15, 2006.

8

9                                   CRAIG M. KELLISON

10                                  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26